# Third District Court of Appeal

## State of Florida

Opinion filed August 27, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0550
Lower Tribunal No. F05-30218B
_____

**Nelson Viera,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Laura María González-Marqués, Judge.

Nelson Viera, in proper person.

James Uthmeier, Attorney General, for appellee.

Before FERNANDEZ, LINDSEY and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Del Sol v. State</u>, No. 3D25-0654, 2025 WL 1943812 (Fla. 3d DCA July 16, 2025).